# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK J. CLAY ,** | : | CIVIL ACTION AT LAW |
| Plaintiff | : | Case No. 1:06-CV-1837 |
| | : | |
| v. | : | JUDGE YVETTE KANE |
| | : | |
| **JOEL GOOD, DAN MILLER,** | : | |
| **PAUL REDIFORE, and** | : | JURY TRIAL DEMANDED |
| **DAVE WOODRING,** | : | |
| Defendants | : | |

TO: Honorable Yvette Kane
U.S. District Courthouse
Harrisburg, Pa 17108

FROM: Don Bailey, Esquire

    This is to advise the Court that the above captioned matter has been settled to the satisfaction of all parties.

                                        Respectfully Submitted,

                                        /s/Don Bailey Esquire
                                        Attorney ID  23786
                                        4311 N. 6th Street
                                        Harrisburg, Pa  17110

## CERTIFICATE OF SERVICE

I, Don Bailey, Esquire hereby certify that on this 29th DAY OF OCTOBER 2008 caused the foregoing LETTER to be served upon defendants' counsel via electronic mail addressed as follows:

Robert Hanna, Esquire
225 Market Street, Suite 304
P.O. Box 1245
Harrisburg, PA 17108-1245

    Respectfully submitted,

    s/Don Bailey
    Don Bailey, Esquire
    Attorney ID 23786
    4311 N. Sixth Street
    Harrisburg, PA 17110